OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be modified by vacating the sentence, and the case remitted to Supreme
 
 *661
 
 Court, Bronx County, with instructions to resentence appellant before a different Judge.
 

 The People admit violation of their promise to take no position regarding sentence, but contend defendant has failed to preserve this issue for review. However, defendant can be restored to his presentence position without withdrawing his plea, and he did timely interpose an objection prior to the prosecutor’s remarks at sentencing, when the error could have been cured
 
 (see, People v Tindle,
 
 61 NY2d 752, 754).
 

 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander and Titone concur; Judge Hancock, Jr., taking no part.
 

 Order modified and case remitted to Supreme Court, Bronx County, with instructions to resentence appellant in accordance with the memorandum herein and, as so modified, affirmed.